Isadore Mackevich, appellee, v. Louis Neiman and Elias Neiman, trading as Neiman Brothers, appellants.   Gen. No. 32,062.

Opinion filed March 26, 1928. Rehearing denied April 9, 1928.

L. A. Sherwin, for appellants.   No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Cyril C. Maison, appellee, v. Federal Parlor Furniture Company, appellant.   Gen. No. 32,116.

Opinion filed March 26, 1928.

Charles E. Green and Lawrence A. Rice, for appellant.   Schein & Beckwith, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

City of Chicago, defendant in error, v. Emil Pearson, plaintiff in error.   Gen. No. 32,125.

Opinion filed March 26, 1928.

C. W. Larsen, for plaintiff in error.   No appearance for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

Sylvia R. Gerson, formerly Sylvia R. Mathes, appellee, v. Sam A. Mathes, appellant.   Gen. No. 32,211.

Opinion filed March 26, 1928.   Rehearing denied April 9, 1928.

Sidney Neuman, for appellant.   Frank B. Teed, for appellee; Marlow J. Madden, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Joseph B. Deibler, appellee, v. W. C. Makinney, appellant.   Gen. No. 32,229.

Opinion filed March 26, 1928.

W. F. Mayer, for appellant.   George A. Berry, Jr., for appellee.

Mr. Justice O'Connor delivered the opinion of the court.